# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

FILED
CHARLOTTE, NC

MAR 05 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Case No. 1:26-cv-00069-FDW

*(to be filled in by the Clerk's Office)*

Darren Tyron Manuel
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Warden Carver, Unit Manager Conner, D.M. & S.G.T. McFalls
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Darren Manuel
- All other names by which you have been known:
- ID Number: #0972140
- Current Institution: Alexander Correctional Institution
- Address: 633 old Landfill Road
  Taylorsville    NC    28681
  City            State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Warden Carter
- Job or Title *(if known)*: Warden
- Shield Number:
- Employer: Marion Correctional Institution
- Address: 355 old Glenwood R.D.
  Marion    NC    28752
  City      State    Zip Code

  ☒ Individual capacity    ☒ Official capacity

Defendant No. 2
- Name: Unit Manager Conner
- Job or Title *(if known)*: Unit Manager
- Shield Number:
- Employer: Marion Correctional Institution
- Address: 355 old Glenwood R.D.
  Marion    NC    28752
  City      State    Zip Code

  ☒ Individual capacity    ☒ Official capacity

Defendant No. 3
Name: S.G.T. McFalls
Job or Title (if known): Sergeant
Shield Number:
Employer: Marion Correctional Institution
Address: 355 old Glenwood R.D.
City: Marion  State: NC  Zip Code: 28752

☒ Individual capacity  ☒ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City  State  Zip Code

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment, 18 U.S. code § 242, 18 U.S. code § 241.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*p.m.*
① S.G.T. McFalls, Unit Manager Conner, intentially and harmful interfere

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. with plaintiff treatment, plaintiff had been diagnosed by a physician as mandating treatment warden Carder violated supervisor's duty to protect plaintiff from foreseeable risk of harm.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

not enuff space see additional pages

C. What date and approximate time did the events giving rise to your claim(s) occur?

8-7-24/8-8-24 @ 3-6 P.M (See Camara Footage)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* not enuff space

see additional pages

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. By forcing me to have to stand on my feet, having nerve issues in my L4 and L5, It causes Sharp pains to Shoot down my left leg. Having to get Injections in my back and P.T. (See Medical Jacket) (See Medical Equipment sheet)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Defendant Carter is the Warden of Marion State prison, and legally responsible for operation of Marion State prison, plaintiff seek $25,000.00 in compensatory damages, ~~D.M.~~ plaintiff seek punitive damages in the amount of $50,000 against each defendant, Unit Manager Conner, S.G.T. McFalls, for deliberate indifference to serious medical needs.

On ~~[crossed out]~~ 8-7-24/8-8-24, in 1F-North-13, at Marion Correctional Institution, in Marion, N.C.

C- On ~~[crossed out]~~ DTM 8-7-24/8-8-24, in between the times of 3-6 pm.

D- On 7-30-24, Dr. Chung, the facility Doctor, issued me a 490 or a Medical Duty Status, for a chair to be allowed in my cell. The reason being, I was diagnosed with a narrowing canal and bulging disc in my L4 and L5. (Provide Medical Records). I asked officer Johnson to get me a chair (on 8-7-24/8-8-24) because I have a 490. (490 inside Packet). The officer, Johnson brung me a chair, but 15-30 mins later the Defendent, McFalls, and 4 additional officers came to my cell and demanded I give the chair back. I said NO because Dr. Chung issued me a 490 for a chair. At that time, he, Sgt. McFalls stated: "Mrs. Conner created the policy. If she wants to change that policy then she can. But until then, No chairs are allowed in cell". I again stated I have a Medical slip for a chair. He, Sgt. McFalls stated: "I don't care. Custody overrides medical. Give me the chair". So I did, and requested some grievance forms. (See Camara footage). Once the process of my Grievance had started, Dr. Chung removed the order for my chair for no reason, with no reason given. (See Request form and Medical Jacket)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Marion Correctional Institution_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _Marion Correctional Institution_

2. What did you claim in your grievance?

   _denied_

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _3 step, yes completed._

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ see exhibits grievance copy _____

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Darren Tyron Manuel
   Defendant(s)  John M. Lewis

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States Middle District Court

3. Docket or index number
   I Can't recall

4. Name of Judge assigned to your case
   I Can't recall

5. Approximate date of filing lawsuit
   I Can't recall

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed without Predisuce

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-26-26

Signature of Plaintiff: Darren Manuel
Printed Name of Plaintiff: Darren Manuel
Prison Identification #: 0972140
Prison Address: 633 Old Land Fill R.D
Taylorsville, N.C. 28681
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____